1   BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
    Alan R. Plutzik (Bar No. 077785)
2   L. Timothy Fisher (Bar No. 191626)
    Kathryn A. Schofield (Bar No. 202939)
3   2125 Oak Grove Road, Suite 120
    Walnut Creek, California  94598
4   Telephone:  (925) 945-0200
    Facsimile:  (925) 945-8792
5   *Attorneys for Plaintiffs Southeastern*
    *Pennsylvania Transportation Authority*
6   *and Ting Chou*

7   [Additional counsel listed on signature page]

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  SOUTHEASTERN PENNSYLVANIA            Case No. C06-06486 JW
    TRANSPORTATION AUTHORITY,
12  Derivatively on Behalf of Nominal Defendant   **PLAINTIFFS SEPTA AND CHOU'S**
    NETWORK APPLIANCE, INC.,             **APPLICATION FOR ORDER**
13                                        **SHORTENING TIME TO HEAR**
                              Plaintiff,  **PLAINTIFFS' MOTION TO**
14                                        **CONSOLIDATE CASES**

15              v.

16  DANIEL J. WARMENHOVEN, JEFFRY R.
    ALLEN, CAROL A. BARTZ, M. HELEN
17  BRADLEY, ALAN L. EARHART, STEVEN
    GOMO, DAVID HITZ, JAMES K. LAU,
18  MARK LESLIE, THOMAS F. MENDOZA,
    NICHOLAS G. MOORE, SACHIO
19  SEMMOTO, GEORGE T. SHAHEEN,
    CHARLES E. SIMMONS, DONALD T.
20  VALENTINE and ROBERT T. WALL,

21                           Defendants,

22          and,

23  NETWORK APPLIANCE, INC.,

24                     Nominal Defendant.

25

26

27

28
    _____
    APPLICATION FOR ORDER SHORTENING TIME RE: CONSOLIDATION MOTION
    C06-06486 JW
    49718

| | |
|---|---|
| 1 | TING CHOU, Derivatively on Behalf of |
| 2 | Nominal Defendant NETWORK APPLIANCE, INC., |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DANIEL J. WARMENHOVEN, JEFFRY R. ALLEN, CAROL A. BARTZ, M. HELEN |
| 6 | BRADLEY, ALAN L. EARHART, STEVEN GOMO, DAVID HITZ, JAMES K. LAU, |
| 7 | MARK LESLIE, THOMAS F. MENDOZA, NICHOLAS G. MOORE, SACHIO |
| 8 | SEMMOTO, GEORGE T. SHAHEEN, CHARLES E. SIMMONS, DONALD T. |
| 9 | VALENTINE and ROBERT T. WALL, |
| 10 | Defendants, |
| 11 | and, |
| 12 | NETWORK APPLIANCE, INC., |
| 13 | Nominal Defendant. |

Case No. C06-06506 JW

1    Pursuant to Local Rule 6-1, Plaintiffs Southeastern Pennsylvania Transportation Authority

2   ("SEPTA") and Ting Chou ("Plaintiffs") hereby apply for an Order Shortening Time for their

3   Motion to Consolidate Cases (*SEPTA v. Warmenhoven, et al* C06-6486 JW and *Chou v.*

4   *Warmenhoven, et al* C06-6506 JW), filed concurrently with this Application.  The attached

5   declaration of Kathryn A. Schofield demonstrates that shortened time is appropriate because the

6   Motion to Consolidate should be heard concurrently with the Motion for the Appointment of Lead

7   Plaintiff, Lead Counsel and Liaison Counsel ("Lead Plaintiff Motion") and the Case Management

8   Conference, both calendared for January 8, 2007.

9    Any interested parties have been given ample notice of the parties' intention to consolidate

10   these two cases.  All parties in both cases, through their counsel, stipulated to consolidation, and

11   filed that stipulation with the Court on November 28, 2006.  Therefore, the parties' intention to

12   consolidate the two cases has been in the public record for almost a month, without any subsequent

13   objection or opposition.  Moreover, Plaintiffs' November 14, 2006 Lead Plaintiff Motion is

14   unopposed.  Accordingly, Plaintiffs do not anticipate any opposition to their Motion to

15   Consolidate.  Moreover, Defendants do not oppose this application for shortened time.  In light of

16   the judicial efficiencies of hearing the Motion to Consolidate and the Lead Plaintiff Motion on the

17   same schedule, and the pre-existing consolidation stipulation, shortened time is appropriate in this

18   instance.

19   Dated:  December 21, 2006          BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

20

21

22                                      /s/
                                    _____
                                    Kathryn A. Schofield

23

24                                  Alan R. Plutzik
                                    L. Timothy Fisher
25                                  Kathryn A. Schofield
                                    2125 Oak Grove Road, Suite 120
26                                  Walnut Creek, California  94598
                                    Telephone:  (925) 945-0200
27                                  Facsimile:  (925) 945-8792

28

APPLICATION FOR ORDER SHORTENING TIME RE: CONSOLIDATION MOTION          2
C06-06486 JW
49718

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs SEPTA and CHOU

**DECLARATION OF KATHRYN A. SCHOFIELD IN SUPPORT OF APPLICATION FOR ORDER CONTINUING CLASS CERTIFICATION SCHEDULE**

I, Kathryn A. Schofield declare:

1. I am an attorney admitted to practice before the courts of this State and am an attorney with the law firm of Bramson, Plutzik, Mahler & Birkhaeuser LLP, attorneys of record for Plaintiffs in the *Southeastern Pennsylvania Transportation Authority* (*"SEPTA"*) and *Chou* actions.

2. *SEPTA* and *Chou* are derivative actions. *SEPTA v. Warmenhoven, et al* (C06-6486 JW) was filed on October 17, 2006 and *Chou v. Warmenhoven, et al* (C06-6506 JW) was filed on October 18, 2006.

3. Shortened time is appropriate in this instance because the Motion to Consolidate should be heard concurrently with the November 14, 2006 Motion for the Appointment of Lead Plaintiffs, Lead Counsel and Liaison Counsel ("Lead Plaintiff Motion") and the Case Management Conference, both calendared for January 8, 2007. If consolidation is not resolved at that time, then the Court will not be able to calendar the Consolidated Amended Complaint and any subsequent Motion to Dismiss or Answer.

4. All parties in both cases, through their counsel, stipulated to consolidation, and filed that stipulation with the Court on November 28, 2006. Therefore, the parties' intention to consolidate the two cases has been in the public record for almost a month, without any subsequent objection or opposition.

5. Plaintiffs' Lead Plaintiff Motion is unopposed. Accordingly, Plaintiffs do not anticipate any opposition to their Motion to Consolidate. Nor do Plaintiffs anticipate any prejudice to anyone occurring if the Motion to Consolidate is heard on shortened time.

6. I have spoken with counsel for Defendants and advised him of Plaintiffs' request for shortened time on their Motion to Consolidate. Opposing Counsel does not oppose Plaintiffs' Motion to Consolidate being heard on shortened time.

7. Attached is a proposed order granting the application. On behalf of Plaintiffs, I respectfully request that the Court set the following briefing and hearing schedule:

/     /     /

1        Opposition Brief:                        December 29, 2007

2        Reply Brief    :                     January 2, 2007

3        Hearing:                           January 8, 2007 at 9:00 a.m.

4 If no Opposition is filed, then Plaintiffs will request that the Court decide the matter at the Case

5 Management Conference on January 8, 2007.

6        8.   The undersigned hereby certifies that the Application for Order Shortening Time is

7 made in good faith and for good cause.

8        I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st

9 day of December, 2006, at Walnut Creek, California.

10

11                                  _____/s/_____

                                          Kathryn A. Schofield

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having considered Plaintiffs SEPTA and Chou's Application for an Order Shortening Time on their Motion to Consolidate, and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Consolidate and related briefing is scheduled as follows:

| | |
|---|---|
| Opposition Brief: | December 29, 2007 |
| Reply Brief: | January 2, 2007 |
| Hearing: | January 8, 2007 at 9:00 a.m. |

IT IS SO ORDERED.

DATED:   December 27, 2006

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE